UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA



FILED
Jun 30, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

UNITED STATES OF AMERICA,
v.
Nathan Thomas Baptista

Docket No. 1:24-CR-143-KES-BAM-1
**Federal Charges**: 18:2241(a)(1) – Aggravated Sexual Abuse.

**COMES NOW,** Darryl Walker, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Nathan Thomas Baptista, who was placed on bond by the Honorable Sheila K. Oberto sitting in the Court at Fresno, California, on June 18, 2024, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. 2. **Curfew**: You are restricted to your residence Monday through Friday, from 6 p.m. to 6 a.m. as directed by the pretrial services office or supervising officer. On Saturday and Sunday, you may leave your residence from 10 a.m. to 12 p.m."

**ALLEGED VIOLATION CONDUCT:** On June 28, 2025, Pretrial Services received a Did Not Enter alert that occurred at 12:30 A.M. The defendant had prior authorization from Pretrial Services to be away from his residence, for employment purposes. He was directed to return home before 12:00 A.M. Pretrial Services attempted to contact the defendant. However, his phone was turned off. Pretrial Services contacted the defendant's mother (Third-Party Custodian), who reported the defendant was not at home and his truck and motorcycle were gone. She was also unsuccessful when attempting to contact his on his cell phone. At this time, the defendant's whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for the arrest of the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Darryl Walker

Dated: June 28, 2025                                                          U.S. Pretrial Services Officer

**ORDER**

☒ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of          .
☐ The Court hereby orders this matter placed on the Duty Magistrate Judge's court calendar on          at Click here to enter text. p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

B. McAuliffe

Dated: June 28, 2025                                                          UNITED STATES CHIEF MAGISTRATE JUDGE